AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☐ Original       ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )        Case No. 6:20 CR 440
)
A detached shed on the property at 15 Thistlewood )
Way, Piedmont, South Carolina )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ South Carolina _____
*(Identify the person or describe the property to be searched and give its location)*:

A detached shed on the property of 15 Thistlewood Way, Piedmont, South Carolina, more particularly described in Attachment A hereto, consisting of one page, which is incorporated by reference as if fully set set forth herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

The property described in Attachment B hereto, which is incorporated by reference as if fully set forth herein.

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 11, 2020 _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Kevin F. McDonald _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specified date of _____.

Date and time issued: July 28, 2020 7:48 a.m.   _____
                                                   *Judge's signature*

City and state:    Greenville, South Carolina        Kevin F. McDonald, United States Magistrate
                                                     *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>07/28/2020 8:50 am | Copy of warrant and inventory left with:<br>Aaron Brown |
| Inventory made in the presence of :<br>TFO Joshua Gioia | | |
| Inventory of the property taken and name of any person(s) seized: | | |
| See attached receipt for property. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     08/03/2020

*Executing officer's signature*

Justin K. Newsome, Special Agent, FBI
*Printed name and title*

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| 15 Thistlewood Way<br>Piedmont, SC | FILE TITLE | |
| | DATE 7-28-20 | |

**DIVISION/DISTRICT OFFICE**

DEA - GRO

0849 Hrs

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| Item 1 | Marijuana | 12 Bags - 4.93 LBS |
| Item 2 | THC Products | Various Products |
| Item 3 | U.S. Currency (uncounted) | Sealed |
| Item 4 | unk white powder in bag — labeled "Viagra" | |
| Item 5 | Orange Pills (Amphetamine) | |
| | All Items located in | Out Building |
| | R. Side of | Building |
| | 0915 | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| [signature] | TFO Joshua Gioia |
| WITNESSED BY (Signature) [signature] | NAME AND TITLE (Print or Type) |

FORM DEA-12 (8-02) Previous editions obsolete                Electronic Form Version Designed in JetForm 5.2 Version